NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. STEVENS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2024-1887

---

Petition for review of the Merit Systems Protection Board in No. AT-0842-21-0545-I-1.

---

## ON MOTION

---

Before REYNA, LINN, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

The Merit Systems Protection Board moves with consent to waive the requirements of Federal Circuit Rule 27(f) and remand this case for the Board "to reconsider its determination that it lacks jurisdiction over the appeal." ECF No. 17-1 at 2.

Upon consideration thereof,

2                                                    STEVENS v. MSPB

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded to the Board for further consideration consistent with the motion and this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

December 11, 2024
            Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  December 11, 2024